EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Mayra W. Ramírez Rodríguez | 2007 TSPR 207 <br><br> 172 DPR _____ |

Número del Caso: TS-14666

Fecha: 11 de octubre de 2007

Colegio de Abogados de Puerto Rico:

        Lcdo. José M. Montalvo Trías
        Director Ejecutivo

        Lcdo. Israel Pacheco Acevedo
        Secretario Ejecutivo

Materia: Conducta Profesional
      (La suspensión será efectiva el 26 de noviembre de
      2007 fecha en que se le notificó al abogado
      de su suspensión inmediata.)

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

TS-14666

Mayra W. Ramírez Rodríguez

PER CURIAM

San Juan, Puerto Rico, a 11 de octubre de 2007.

La licenciada Mayra W. Ramírez Rodríguez fue admitida al ejercicio de la profesión de abogado el 26 de enero    de 2004 y el 12 de abril de 2005 fue admitida a ejercer como notario.

I

El 11 de agosto de 2006 emitimos una Resolución concediéndole un término de veinte (20) días a la licenciada Mayra W. Ramírez Rodríguez, en adelante Ramírez Rodríguez, para que respondiese a la petición presentada por el Colegio de Abogados  de Puerto Rico solicitando la suspensión del ejercicio de la abogacía por falta de de pago de la cuota anual.  Le apercibimos, además, de que el incumplimiento con

dicha Resolución conllevaría "la suspensión automática del ejercicio de la abogacía". El 11 de octubre de 2006, mediante segunda notificación, se le concedió un término adicional de diez (10) días para contestar la referida petición. No compareció dentro del término requerido. Esta Resolución también le fue notificada personalmente mediante entrega por un alguacil del Tribunal el 8 de Noviembre de 2006.

El 15 de septiembre de 2006, el Secretario Ejecutivo del Fondo de Fianza Notarial, del Colegio de Abogados de Puerto Rico, presentó una Moción Informativa en la que informó que Ramírez Rodríguez tenía al descubierto el pago de la fianza notarial, la cual había vencido en abril del 2006.

El 27 de octubre de 2006, emitimos una Resolución concediéndole un término de veinte (20) días, para que respondiese a la Moción Informativa presentada por el Colegio de Abogados de Puerto Rico solicitando la terminación de la fianza notarial. Le apercibimos, además, de que el incumplimiento con dicha Resolución conllevaría "la suspensión automática del ejercicio de la abogacía" y podría dar lugar a sanciones disciplinarias adicionales.

Al día de hoy Ramírez Rodríguez no ha comparecido ante el Tribunal.

En vista de lo anterior, procedemos a resolver este asunto sin ulterior trámite.

                                    II

Hemos resuelto, en reiteradas ocasiones, que todo abogado tiene el deber y obligación de responder con diligencia a los

requerimientos y órdenes de este Tribunal, particularmente cuando se trata de procedimientos sobre su conducta profesional. Anteriormente hemos señalado que procede la suspensión del ejercicio de la abogacía cuando un abogado no atiende con diligencia nuestros requerimientos y se muestra indiferente ante nuestros apercibimientos de imponerle sanciones disciplinarias. In re: Lloréns Sar, res. en 5 de febrero de 2007, 2007 TSPR 31; In re: Díaz Rodríguez, res. 30 de noviembre de 2005, 2005 TSPR 191; In re: Vega Lassalle, res. 20 de abril de 2005, 2005 TSPR 66; In re: Quintero Alfaro, res. 9 de febrero de 2004, 2004 TSPR 20; In re: Serrano Mangual, 139 D.P.R. 602 (1995); In re: González Albarrán, 139 D.P.R. 543 (1995); In re: Osorio Díaz, 131 D.P.R. 1050 (1992); In re: Colón Torres, 129 D.P.R. 490, 494 (1991).

En el caso antes nos, la licenciada Ramírez Rodríguez ha hecho caso omiso a nuestras órdenes al incumplir las resoluciones antes referida. Así mismo, se ha mostrado indiferente ante nuestro apercibimiento de imponerle sanciones disciplinarias. Evidentemente no le interesa continuar ejerciendo la profesión.

En vista de lo anterior, se suspende inmediata e indefinidamente del ejercicio de la abogacía y la notaría a la Lcda. Mayra W. Ramírez Rodríguez.

Se le impone el deber de notificar a todos sus clientes de su inhabilidad para continuar representándolos, devolverles cualesquiera honorarios recibidos por trabajos no

realizados e informar oportunamente de su suspensión a los foros judiciales y administrativos. Además, tiene la obligación de acreditar y certificar ante este Tribunal el cumplimiento con lo anterior, dentro del término de treinta (30) días a partir de la notificación de esta Opinión *Per Curiam* y Sentencia.

Finalmente, el Alguacil de este Tribunal deberá incautarse de la obra y sello notarial del abogado suspendido y entregar los mismos a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe.

Se dictará sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

                              TS-14666

Mayra W. Ramírez Rodríguez


SENTENCIA


San Juan, Puerto Rico, a 11 de octubre de 2007.

Por los fundamentos expuestos en la Opinión *Per Curiam* que antecede, la cual se hace formar parte íntrega de la presente, se dicta Sentencia decretando la suspensión inmediata e indefinida del ejercicio de la abogacía y la notaría de la Lcda. Mayra W. Ramírez Rodríguez.

Se le impone a la abogada querellada el deber de notificar a todos sus clientes de su inhabilidad para continuar representándolos, devolverles cualesquiera honorarios recibidos por trabajos no realizados e informar oportunamente de su suspensión a los distintos foros judiciales y administrativos del país.

Además, deberá acreditar a este Tribunal el cumplimiento con lo anterior dentro del término de treinta (30) días a partir de la notificación de esta Opinión *Per Curiam* y Sentencia.

Finalmente, el Alguacil de este Tribunal deberá incautarse de la obra y sello notarial del abogado suspendido y entregar los mismos a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.  El Juez Asociado señor Rebollo López y la Jueza Asociada señora Rodríguez Rodríguez no intervinieron.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo